972 So.2d 1042 (2008)
STATE FARM FLORIDA INSURANCE COMPANY, Appellant,
v.
Joe J. KING and Sandra E. King, Appellees.
No. 1D07-3205.
District Court of Appeal of Florida, First District.
January 18, 2008.
Elizabeth K. Russo, of Russo Appellate Firm, P.A., Miami; Daniell, Upton, Perry & Morris, Daphne, Alabama, for Appellant.
James F. McKenzie, of McKenzie, Taylor & Zarzaur, Pensacola, for Appellees.
PER CURIAM.
REVERSED and REMANDED. See Fla. Farm Bureau Cas. Ins. Co. v. Cox, 967 So.2d 815 (Fla.2007).
WEBSTER, BENTON, and POLSTON, JJ., concur.